## Sevitch *v.* Sevitch, Appellant.

Argued March 23, 1970. *Edward*

*M. Snyder,* with him *Snyder & Lowenschuss,* for appellant; *Gilbert H. Levitt,* for appellee.

Order affirmed.